IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JIMI RENE REED,

    Plaintiff,

v.   No. 2:24-cv-1113-MLG-KRS

JOHNSON SPECIALTY TOOLS, LLC, and
CURTIS WILLIAMS,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion To Extend Mediation Deadline (Motion), filed December 18, 2025. (Doc. 54). Defendants have not responded to the Motion, and the time for doing so has now expired. *See* D.N.M. LR-Civ. 7.4(a). "The failure of a party to file and serve a response in opposition to a motion within the time prescribed for doing so constitutes consent to grant the motion." D.N.M. LR-Civ. 7.1(b). As a result, the Court finds that Defendants have consented to the Motion.

**ACCORDINGLY**, the Motion is **GRANTED**, and the deadline to complete mediation is extended to **February 27, 2026**.

In addition, the Court sets a telephonic status conference for **January 29, 2026** at **10:30 a.m.** to confirm details and status of mediation scheduling. The parties are directed to call Judge Sweazea's WebEx teleconference line at **(855) 244-8681**, and enter Meeting Number **2300 989 9447#**, to be connected to the proceedings.

IT IS SO ORDERED this 8th day of January, 2026.

                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE